# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.

ARIN VANDERHEYDEN,
        Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,
        Defendant.

_____
## DEFENDANTS' NOTICE OF REMOVAL OF ACTION
_____

Pursuant to 28 U.S.C. § 1441 and 28 U.S.C. § 1446, Defendants State Farm Mutual Automobile Insurance Company, hereby file their Notice of Removal of the above-captioned action to this Court, and states as follows:

1. Defendants State Farm Mutual Automobile Insurance Company is named as the defendant in Civil Action No. 2020CV33351 in Denver County District Court (the "State Court Action").

2. The Complaint in the State Court Action was filed with the Clerk of the District Court of Denver County, in Denver, Colorado on October 1, 2020. Plaintiff served the Summons and Complaint to Defendant on October 2, 2020. The Defendants will timely file an Answer or responsive pleading to the Plaintiff's Complaint within seven days of this Notice.

3. This Notice is being filed with this Court within thirty (30) days after the Plaintiff's Complaint was served upon the Defendant's registered agent setting forth the claims for relief upon which Plaintiff's action is based.

4.      To the best of Defendant's knowledge, all pleadings that have been filed or served in the State Court Action are attached hereto as Exhibit "A."  To the best of Defendant's knowledge, no further proceedings, process, pleadings, orders, or other papers have been filed or served in the State Court Action.

5.      State Farm Mutual Automobile Insurance Company avers that this Court has diversity jurisdiction over Plaintiff's claims because this is a civil action between parties of diverse citizenship.  Additionally, Plaintiff alleges that the amount in controversy exceeds $75,000.  Thus, this Court has original jurisdiction pursuant to 28 U.S.C. § 1332.

6.      Pursuant to Paragraph 2 of the Complaint, Plaintiff is currently a resident of Colorado. *See* Exhibit A, Complaint. Additionally, Plaintiff has asserted that, at all times relevant to this matter he has resided at 3939 Starry Night Loop, Castle Rock, Colorado. *Id.* at Para. 5. According to the Douglas County Assessor's Office, the Plaintiff has lived at 3939 Starry Night Loop, Castle Rock, Colorado since 2013 when he and his wife purchased the property. *See* Douglas County Assessor's Record, attached as Exhibit B. Therefore, the Plaintiff has been domiciled in Colorado since at least 2013. Pursuant to Paragraph 2 of the Complaint, Defendant State Farm is licensed in and regularly conduct business in Colorado.  The Plaintiff is correct; however, Defendant's principal place of business is located at One State Farm Plaza, Bloomington, Illinois. Additionally, it is incorporated in Illinois. *See* United States Securities and Exchange Commission Form D, attached hereto as Exhibit C. Therefore, the parties are citizens of different states and this civil action is one that may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1446(a) because this Court has diversity jurisdiction.

7.      Plaintiff alleges that this action is a civil action involving an amount in controversy exceeding $100,000, exclusive of interest and costs.  See Exhibit A, Civil Cover Sheet.  Plaintiff's Complaint contains claims for Breach of Insurance Contract,

Bad Faith Breach of Contract, and Violations of C.R.S. § 10-3-1115, § 10-3-1116, and § 10-3-1104.  Plaintiff alleges his damages include past and future medical expenses, two times the covered benefits delayed or denied plus attorney's fees, costs, non-economic damages, interest, and other relief.

8.   Promptly after the filing of this Notice of Removal, Defendant shall provide notice of the removal to Plaintiff in the State Court Action and to the Clerk of the Court in the State Court Action, as required by 28 U.S.C. § 1446(d).

WHEREFORE, Defendant prays that the above-described action now pending in Denver County District Court, be removed therefrom to this Court.

Respectfully submitted this 23rd day of October, 2020.

By: _____*s/Rebecca K. Wagner*_____
Rebecca K. Wagner (CO Bar No. 33473)
Campbell Wagner Frazier & Dvorchak, LLC
5251 DTC Parkway, Suite 350
Greenwood Village, Colorado  80111
(303) 831-5990
Email: rwagner@cwfd-law.net
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of October, 2020, I presented the foregoing **DEFENDANT'S NOTICE OF REMOVAL OF ACTION** to the Clerk of the Court for filing and uploading to the CM/ECF system.

*s/ Michelle Kuenzler*