IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-03182-CMA-MEH

ARIN VANDERHEYDEN,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

    Defendant.

---

## MINUTE ORDER
---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 6, 2021.**

    For good cause shown, Plaintiff's Unopposed Motion for Extension of Time [filed April 6, 2021; ECF 24] is **granted**. Section 9 of the Scheduling Order is modified as follows:

| | | |
|---|---|---|
| d(3). | Initial Expert Disclosure Deadline: | May 12, 2021 |
| d(4). | Rebuttal Expert Disclosure Deadline: | June 14, 2021 |