# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-03182-CMA-MEH

ARIN VANDERHEYDEN,
        Plaintiff,

  v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY
        Defendant.

_____

## ENTRY OF APPEARANCE
_____

Robert A. Zahradnik-Mitchell, of the law firm Campbell, Wagner, Frazier & Dvorchak, LLC, pursuant to D.C.COLO.LAttyR 5, hereby certifies that he is a member in good standing of the bar of this court and enters his appearance as counsel on behalf of the Defendant.

Respectfully submitted this 19th day of May, 2021.

By:  *s/ Robert A. Zahradnik-Mitchell*
      Rebecca K. Wagner (CO Bar No. 33473)
      Emma K. Knight (CO Bar No. 49591)
      Robert A. Zahradnik-Mitchell (CO Bar No. 50307)
      Campbell, Wagner, Frazier & Dvorchak, LLC
      5251 DTC Parkway, Suite 400
      Greenwood Village, Colorado  80111
      (303) 831-5990
      Email:  rwagner@cwfd-law.net
                eknight@cwfd-law.net
                rzahradnik@cwfd-law.net
      *Attorneys for Defendant*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 19th day of May, 2021, I presented the foregoing **ENTRY OF APPEARANCE** to the following via email:

Sean Cumberlege, Esq.
Todd Scardina, Esq.

      *s/Michelle Kuenzler*