IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-03182-CMA-MEH

ARIN VANDERHEYDEN,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 23, 2021.**

    For good cause shown, Plaintiff's Unopposed Motion for Leave to Amend Complaint [filed November 19, 2021; ECF 49] is **granted**. Forthwith, Plaintiff shall file his First Amended Complaint (ECF 49-3) separately onto the docket sheet.

    For good cause shown, Plaintiff's Unopposed Motion for Leave to Reopen Discovery and file a Motion for Partial Summary Judgment [filed November 19, 2021; ECF 48] also is **granted**. The discovery deadline is **extended** to **January 24, 2022**. Plaintiff has until **February 23, 2022** to file his anticipated motion for partial summary judgment.

    In light of the above extensions of time, the Court will hold a second Final Pretrial Conference on **May 23, 2022 at 1:15 p.m**. in Courtroom A501 on the fifth floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

    The parties shall file an updated proposed final pretrial order **no later than five business days** prior to the pretrial conference.

    In addition, the parties shall email a copy in editable Word format to Chambers at *hegarty_chambers@cod.uscourts.gov*.