IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-03182-MEH

ARIN VANDERHEYDEN,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

    Defendant.

## NOTICE OF SETTLEMENT

    Plaintiff, Arin Vanderheyden, through his attorney, Sean Cumberlege of Cumberlege Law submits the following Notice of Settlement.

1.    The parties have resolved this matter by way of a settlement.

2.    The Parties will file the appropriate dismissal pleadings upon finalization of a release.

3.    Plaintiff provides this notice so that the Court can clear its calendar of all scheduled court appearances and the jury trial that was set to begin on March 13, 2023.

    Respectfully submitted this 1st day of March, 2023.

        /S/ Sean R. Cumberlege
    Sean R. Cumberlege, Esq., #41392
    *Counsel for Plaintiff*
    *Duly signed original on file at the law offices*
    *of Cumberlege Law, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of March, 2023 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following attorneys of record:

Rebecca K. Wagner, Esq.
Campbell Wagner Frazier & Dvorchak, LLC
5251 DTC Parkway, Suite 350
Greenwood Village, Colorado 80111
(303) 831-5990
Attorney for Defendant

*s/ Sean Cumberlege*